UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLUTIA INC. and )<br>INEOS MELAMINES LLC, )<br>)<br>Defendants. )<br>) | C.A. No. 12-12377-MAP |

### UNITED STATES' UNOPPOSED MOTION
### TO ENTER CONSENT DECREE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency, respectfully moves the Court to sign and enter the Consent Decree which was lodged with the Court on December 20, 2012 and which would resolve all of the claims of the United States under the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, contained in the Complaint.

On January 8, 2013, the United States published notice of the settlement in the Federal Register pursuant to 28 C.F.R. § 50.7, informing the public that comments concerning the settlement could be filed with the Department of Justice for a period of 30 days. *See* 78 Fed. Reg. 1250-51 (Jan. 8, 2013). Two comments were received regarding the settlement during the public comment period. *See* Exhibits A-B attached hereto.

The Consent Decree requires the defendants, Solutia Inc. and INEOS Melamines LLC, to pay a $970,000 penalty, and to implement an enhanced leak detection and repair program at the manufacturing facility in Springfield, Massachusetts known as the Indian Orchard Plant, where polyvinyl butyral (PVB) resins, materials used for adhesives, and other resins used for

*ALLOWED. The undersigned has executed the Consent Decree. The clerk will enter judgment. This case may now be closed.*
*Michael A. Ponsor USDJ 5-2-13*